IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Dodson, William L | Case Number: 07 B 00301 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 1/29/08 | Filed: 1/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion: November 15, 2007
Confirmed:  April 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 8,102.90 |  |
| Secured: |  | 3,035.81 |
| Unsecured: |  | 0.00 |
| Priority: |  | 715.93 |
| Administrative: |  | 3,308.00 |
| Trustee Fee: |  | 401.66 |
| Other Funds: |  | 641.50 |
| Totals: | 8,102.90 | 8,102.90 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 825.00 | 825.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,483.00 | 2,483.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 0.00 | 200.00 |
| 5. | HomEq Servicing Corp | Secured | 20,658.41 | 2,835.81 |
| 6. | Internal Revenue Service | Priority | 7,610.99 | 486.68 |
| 7. | Illinois Dept of Revenue | Priority | 3,585.19 | 229.25 |
| 8. | Americredit Financial Ser Inc | Unsecured | 1,145.24 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 24.35 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 70.90 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 4.33 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 10.00 | 0.00 |
| 13. | ER Solutions | Unsecured |  | No Claim Filed |
| 14. | Chicago Post Office Employee C U | Unsecured |  | No Claim Filed |
| 15. | Americredit Financial Ser Inc | Unsecured |  | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 17. | Cavalry Portfolio/Collection | Unsecured |  | No Claim Filed |
| 18. | Medical Collections | Unsecured |  | No Claim Filed |
|  |  |  | $ 36,417.41 | $ 7,059.74 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 10.08 |
| 5.4% | 391.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Dodson, William L | Case Number:  07 B 00301 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/29/08 | Filed:  1/9/07 |

$$\underline{\phantom{xxxxxxxxxx}}$$
$ 401.66

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____